IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-10128
_____

D.C. Docket No. 3:14-cr-00046-CAR-CHW-1


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERICKSON MEKO CAMPBELL,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

Before WILLIAM PRYOR, Chief Judge, WILSON, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, and BRASHER, Circuit Judges.

A petition for rehearing having been filed and a member of this Court in

active service having requested a poll on whether this case should be reheard

en banc, and a majority of the judges of this Court in active service who are not disqualified having voted in favor of granting rehearing en banc, IT IS ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.